## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Central Laborers Pension Fund, et al.

                            Plaintiff,

v.                                                       Case No.: 1:20–cv–04183

                                                      Honorable Franklin U. Valderrama

Abari Construction, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 22, 2021:

       MINUTE Entry before the Honorable Franklin U. Valderrama: On 2/1/2021, the Court stayed this action as to Defendant Abari Construction pursuant to 11 U.S.C. § 362 [25]. This case is hereby dismissed without prejudice as to Defendant Abari Construction, with full leave to reinstate once the automatic bankruptcy stay has been lifted in the bankruptcy court. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.